IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IVAN MARTINEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:23-CV-0877-D |
| | § | |
| JSG ENTERPRISES, LLC and | § | |
| JOHN GARCIA, | § | |
| | § | |
| Defendants. | § | |

## JUDGMENT

The clerk of court having entered a default in this case in favor of plaintiff Ivan Martinez ("Martinez") and against defendants JSG Enterprises, LLC ("JSG") and John Garcia ("Garcia"), the court grants Martinez's motion for default judgment.

For the reasons set out in the findings of fact and conclusions of law filed today, it is ordered and adjudged that Martinez recover judgment against JSG and Garcia, jointly and severally, as follows: total unpaid overtime wages damages in the amount of $7,840.91; liquidated damages in the amount of $7,840.91; attorney's fees in the amount of $12,880.00; taxable costs of court as calculated by the clerk of court; and post-judgment interest at the rate of 5.41% per annum.

Done at Dallas, Texas October 31, 2023.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE